KELLER et al., Appellants, v. KELLER, Respondent. (Supreme Court, Appellate Di-

vision, First Department. May 8, 1914.) Action by Clotilde R. Keller and others, as executors and trustees, etc., against Hugo P. Keller. W. G. Phillipeau, of New York City, for appellants. W. H. Hamilton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 App. Div. 919, 139 N. Y. Supp. 87.